1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. HARTER, #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   CHRISTOPHER COPELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. Cr.S. 04-0077-LKK |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SUPERVISED RELEASE |
| v. | ) ) | HEARING |
| CHRISTOPHER COPELAND, | ) ) | DATE: February 25, 2014 |
| Defendant. | ) ) ) ) | TIME: 9:15 a.m. JUDGE: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney JOSH SIGAL and Chief Assistant Federal Defender LINDA C. HARTER, attorney for CHRISTOPHER COPELAND, that the Supervised Release hearing set for February 25, 2014 be vacated and continued to March 18, 2014 at 9:15 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

Case 2:04-cr-00077-LKK   Document 32   Filed 02/27/14   Page 2 of 2

The parties are requesting additional time to continue and investigation and obtain police reports from the government.

Dated: February 20, 2014                         Respectfully submitted,

                                                 HEATHER E. WILLIAMS
                                                 Federal Defender

                                                 */s/ Linda C. Harter*
                                                 LINDA C. HARTER
                                                 Chief Assistant Federal Defender
                                                 Attorney for Defendant
                                                 CHRISTOPHER COPELAND

Dated: February 20, 2014                         BENJAMIN B. WAGNER
                                                 United States Attorney

                                                 */s/ Linda C. Harter for*
                                                 JOSH SIGAL
                                                 Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  February 24, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT