HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
CHRISTOPHER COPELAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  Cr.S. 04-0077-LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | TO CONTINUE SUPERVISED RELEASE |
| v. | ) | HEARING |
|  | ) |  |
| CHRISTOPHER COPELAND, | ) | DATE:        March 18, 2014 |
|  | ) | TIME:        9:15 a.m. |
| Defendant. | ) | JUDGE:     Hon. Lawrence K. Karlton |
|  | ) |  |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney JOSH SIGAL and Chief Assistant Federal Defender LINDA C. HARTER, attorney for CHRISTOPHER COPELAND, that the Supervised Release hearing set for March 18, 2014 be vacated and continued to April 1, 2014 at 9:15 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1   The reason for this continuance is to accommodate defense counsel who is scheduled to be in court in Redding, California before Judge Kellison.

Dated: March 14, 2014                     Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          */s/ Linda C. Harter*
                                          LINDA C. HARTER
                                          Chief Assistant Federal Defender
                                          Attorney for Defendant
                                          CHRISTOPHER COPELAND

Dated: March 14, 2014                     BENJAMIN B. WAGNER
                                          United States Attorney

                                          */s/ Linda C. Harter for*
                                          JOSH SIGAL
                                          Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: March 17, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT